# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CAROL HOWARD,<br><br>    Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>    Defendant. | Case No. 20-CV-263-JPS<br><br>**ORDER** |

On February 18, 2020, Plaintiff filed a complaint alleging violations of the Fair Debt Collection Practices Act. (Docket #1). Defendant filed an answer on April 27, 2020. (Docket #8). On March 4, 2021, the parties filed a stipulation of dismissal of this action without prejudice and without costs to either party. (Docket #14). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court will adopt the stipulation of dismissal.

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #14) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

Dated at Milwaukee, Wisconsin, this 8th day of March, 2021.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge